## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[2]<br><br>    Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>    Plaintiff,<br><br>  v.<br><br>KIRK T. GRIFFITH; MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF KIRK GRIFFITH TW003085,<br>    Defendants. | Adv. Proc. No. 19-50899 (BLS) |

## ORDER APPROVING STIPULATION FOR JUDGMENT AGAINST KIRK T. GRIFFITH

The Court having considered the *Stipulation for Judgment Against Kirk T. Griffith* (the "Stipulation") and the evidence presented in connection with the Stipulation, and good cause appearing therefor, it is hereby

ORDERED that the Stipulation is approved; and it is further

ORDERED that judgment ("Judgment") shall be entered against defendant Kirk T. Griffith (the "Defendant"), and in favor of Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, (the "Trustee") in the amount of $426,178.31, that claim

---

[2] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

number 6506 and scheduled claim ID 1010348 be disallowed, stricken from the claims register and that Defendant take nothing therefrom; and it is further

ORDERED that the Defendant and the Trustee each have waived their respective rights to (a) any trial (jury or otherwise), (b) appeal or (c) otherwise attempt to set aside or attack the Stipulation, this Order or the Judgment, and have agreed that the Judgment may be entered pursuant to the Stipulation and this Order; and it is further

ORDERED, that the Trustee may execute on the Judgment after providing three (3) days notice by e-mail to the person listed in paragraph 2 of the Stipulation for Judgment Against Kirk T. Griffith.

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the Stipulation, this Order and/or the Judgment.

**Dated: November 5th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**