# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>KIRK T. GRIFFITH; MAINSTAR TRUST, CUSTODIAN FOR THE BENEFIT OF KIRK GRIFFITH TW003085,<br><br>　　　　　　　　　　Defendants. | Adv. Proc. No. 19-50899 (BLS) |

## JUDGMENT PURSUANT TO STIPULATION OF JUDGMENT AGAINST KIRK T. GRIFFITH

In accordance with the *Order Approving Stipulation for Judgment Against Kirk T. Griffith* (the "Order") and Plaintiff having moved to enter Judgment pursuant to the Stipulation For Judgment, and good cause appearing therefor,

IT IS HEREBY ORDERED AND ADJUDGED THAT:

1. Judgment is entered in favor of Michael Goldberg, as Liquidating Trustee of the Woodbridge Liquidation Trust, against Defendant Kirk T. Griffith in the amount of $426,178.31 (the "Principal Amount") and for the disallowance of claim number

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

6506 and scheduled claim ID 1010348, which shall be stricken from the claims register in these cases.

2. Post-judgment interest at the federal judgment rate shall accrue on the Principal Amount from the date of entry of this Judgment.

3. The Court retains jurisdiction to hear and determine all matters arising from or related to the Order and/or this Judgment.

**Dated: November 5th, 2020 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**